IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ALVIN J. BAILEY | § | |
| v. | § | CIVIL ACTION NO. 9:10cv30 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the action be dismissed without prejudice for failure to prosecute and failure to obey an order of the Court, pursuant to Fed. R. Civ. P. 41(b). Plaintiff has filed a request for further review, construed as a written objection.

Having made a *de novo* review of the objections filed by Plaintiff, the Court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct and the objections are without merit. Specifically, the Plaintiff has not filed an opening brief on his Social Security benefits claim. The physician's letter he filed on November 30, 2010, after two lengthy extensions of time, is insufficient as an opening brief.

In light of the foregoing, it is

**ORDERED** that the complaint is hereby **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **10** day of **December, 2010.**

_____
Ron Clark, United States District Judge